UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In Re:

FARRIN (BATOOL) ENTERZARI-ULLAH

Debtor.

---------------------------------------------------------X

Chapter 7

Case No.: 18-10160 (SCC)

## ORDER DISMISSING CHAPTER 7 CASE

Upon the motion (the "<u>Motion</u>")[1] of The Columbia Condominium, by its Board of Managers (the "<u>Condominium</u>"), for entry of an order (i) dismissing this Chapter 7 case (Bankr. S.D.N.Y. 18-10160), or alternatively, (ii) granting the Condominium relief from the automatic stay to proceed with its pending foreclosure sale (the "<u>Motion</u>"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b), (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was sufficient and no other or further notice need be provided; and all interested parties having been afforded an opportunity to be heard with respect to the Motion; and the Debtor filing the instant bankruptcy case while her Chapter 11 case was still pending (Case No. 17-12053); and the Debtor filing the instant bankruptcy case solely to trigger a new automatic stay to stop a foreclosure sale that was scheduled for January 24, 2018; and based on the foregoing, the record of this case, and statements made at the hearing on the Motion dated February 8, 2018, the Court having determined that the legal and factual bases presented in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the instant Chapter 7 case is dismissed for cause as a bad faith filing pursuant to section 707(b) of the Bankruptcy Code; and it is further

**ORDERED** that the Debtor is enjoined from commencing a voluntary case under any chapter of the Bankruptcy Code, in any jurisdiction, for one hundred eighty (180) days commencing from the date of the entry of this Order; and it is further

**ORDERED** that any bankruptcy petition filed by the Debtor within one hundred eighty (180) days commencing from the date of the entry of this Order, in any jurisdiction, shall be void.

Dated: New York, New York
February 13, 2018

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge